UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOCOPHILLIPS GULF OF PARIA B.V.,<br><br>Petitioner,<br><br>v.<br><br>CORPORACIÓN VENEZOLANA DEL PETRÓLEO, S.A., and PETRÓLEOS DE VENEZUELA, S.A.<br><br>Respondents. | Case No. 19-cv-7304 |

## [PROPOSED] ORDER AND JUDGMENT

This matter is before the Court on Petitioner ConocoPhillips Gulf of Paria B.V.'s Petition for an order and judgment confirming, recognizing and enforcing a final, binding arbitration award against Corporación Venezolana del Petróleo, S.A. and Petróleos de Venezuela, S.A. (collectively, the "Respondents"), issued in New York, New York, on July 29, 2019, by an arbitral tribunal constituted under the auspices of the International Chamber of Commerce in *ConocoPhillips Gulf of Paria B.V. v. Corporación Venezolana del Petróleo, S.A. and Petróleos de Venezuela, S.A.*, Case No. 22527/ASM/JPA (the "Arbitration Award").

Upon review of the Petition and accompanying materials, the record in this case, and the arguments of the parties, there being no grounds to refuse recognition of the Arbitration Award under Section 207 of the Federal Arbitration Act, 9 U.S.C. § 207, or Article V of the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 38, the Court hereby grants the Petition and renders judgment in favor of Petitioner and against Respondents.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

That Petitioner ConocoPhillips Gulf of Paria B.V. has judgment against Respondents Corporación Venezolana del Petróleo, S.A. and Petróleos de Venezuela, S.A., jointly and severally, in the liquidated amount of US $[54,569,269], plus (i) additional interest as provided by the arbitral tribunal, accruing through the date of this Court's confirmation Order; (ii) post-judgement interest, pursuant to 28 U.S.C. § 1961, accruing thereafter through the date of payment; and (iii) the costs of this proceeding;

and that Petitioner ConocoPhillips Gulf of Paria B.V. shall submit an application with supporting documentation establishing the reasonable costs and disbursements of this action within twenty-one (21) days of the issuance of this Order and Judgment, and that Respondents shall respond to Petitioner's cost submission within fourteen (14) days after it is filed;

That this Court retains jurisdiction over the parties and the matter for any further proceedings as may be necessary to enforce the Arbitration Award and any further awards or judgments, which may be obtained by Petitioner against Respondents.

ORDERED this _____ day of _____, 2019.

_____

United States District Judge