UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/17/2019
```

CONOCOPHILLIPS GULF OF PARIA B.V.,

Plaintiff,

-against-

CORPORACION VENEZOLANA DEL
PETROLEO, S.A., et al.,

Defendants.

-----------------------------------------------------------X

19 Civ. 7304 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Petition to Confirm, Recognize and Enforce Arbitration Award (the "Petition") was filed on August 5, 2019;

WHEREAS, Plaintiff has not filed Affidavits of Service of the Petition and Summons on Defendants.  It is hereby

**ORDERED** that by **October 4, 2019**, Plaintiff shall file a status letter apprising the Court of the status of service on Defendants or, in the alternative, Plaintiff shall file the Affidavits of Service themselves.

Dated: September 17, 2019
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**