# KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/07/2019
```

October 4, 2019

**BY ECF**
Hon. Lorna G. Schofield
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse, 40 Foley Square
New York, New York 10007

    Re:    *ConocoPhillips Gulf of Paria B.V. v. Corporación Venezolana del Petróleo, S.A. et al.* (Case No. 1:19-cv-07304-LGS)

Dear Judge Schofield:

    We write on behalf of ConocoPhillips Gulf of Paria B.V. ("Petitioner") pursuant to the Court's Order dated September 17, 2019, to update the Court regarding efforts to serve respondents Corporación Venezolana del Petróleo, S.A. and Petróleos de Venezuela, S.A. ("PDVSA") (together, the "Respondents").

    The arbitration award was made on July 29, 2019 and delivered to the parties on August 2, 2019. Petitioner filed its petition for confirmation of the award with this Court on August 5, 2019.

    To try to accomplish service in the most efficient way possible, we contacted Respondents' counsel in the underlying arbitration, Curtis, Mallet-Prevost, Colt & Mosle LLP, to inquire whether it would accept service on behalf of Respondents. Counsel responded that it was not authorized to accept service.

    Thereafter we again contacted Respondents' counsel in the arbitration to inquire whether Respondents would agree to accept service via alternative means, such as by e-mail or Federal Express. Counsel responded that it was not authorized to consent to service in such manner either.

    Consequently, Petitioner is now preparing to attempt service on Respondents via other means as provided for by the Federal Rules of Civil Procedure and/or by statute, including the requirements for service on an instrumentality of a foreign state as set forth in 28 U.S.C. § 1608(b).

AMERICAS (NEW YORK, BUENOS AIRES, CHICAGO, MIAMI, SAN FRANCISCO, SÃO PAULO, WASHINGTON DC)
ASIA-PACIFIC (HONG KONG, SEOUL, SHANGHAI), EMEA (LONDON, TEL AVIV), OFFSHORE (BVI, CAYMAN ISLANDS)

KOBRE & KIM REFERS TO KOBRE & KIM LLP, A NEW YORK LIMITED LIABILITY PARTNERSHIP.

October 4, 2019
Page 2

Petitioner will attempt service on Respondents under the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 63 ("Hague Convention"), although unfortunately this may prove ineffective.[1] Petitioner has engaged a vendor to provide certified translations of the Petition and related documents and anticipates that the translations will be ready by early October. Petitioner will then transmit the Petition and related documents to the Venezuelan Central Authority for service on Respondents in Venezuela.

Sincerely,

S/ Marcus J. Green

Marcus J. Green
+1 212 488 1200
Marcus.Green@kobrekim.com
800 Third Avenue
New York, NY 10022

It is ORDERED that Petitioner shall file a status letter by November 4, 2019, apprising the Court of the status of service on Respondents or, in the alternative, Petitioner shall file the Affidavits of Service themselves.

Dated: October 7, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[1] In other recent litigations against Respondent-PDVSA and/or Bolivarian Republic of Venezuela, the ultimate parent entity of the Respondents, petitioners were unsuccessful in their efforts to serve the respondents under the Hague Convention because the Venezuelan Central Authority rejected service in each instance. *See e.g.*, Letter to Clerk, *OI European Group B.V. v. Bolivarian Republic of Venezuela, et al.*, 19-cv-290 (D. Del. July 16, 2019), E.C.F. No. 25; Status Report, *Tenaris S.A. et al. v. Bolivarian Republic of Venezuela*, 18-cv-1373 (D.D.C. Apr. 1, 2019) E.C.F. No. 9; *ConocoPhillips Petrozuata B.V. et al. v. Bolivarian Republic of Venezuela*, 19-cv-683 (D.D.C. Sept. 26, 2019), E.C.F. No. 14; Status Report, *Rusoro Mining Limited v. Bolivarian Republic of Venezuela et al.*, 18-cv-1458 (S.D. Tex. Oct. 1, 2018), E.C.F. No. 16.