UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONOCOPHILLIPS GULF OF PARIA B.V.,<br><br>Petitioner,<br><br>v.<br><br>CORPORACIÓN VENEZOLANA DEL PETRÓLEO, S.A., and PETRÓLEOS DE VENEZUELA, S.A.,<br><br>Respondents. | Case No. 19-cv-07304 |

## [PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE

Petitioner ConocoPhillips Gulf of Paria B.V. moved for an order, under Federal Rule of Civil Procedure 4(f)(3) and 28 U.S.C. § 1608(b)(3), authorizing service of the petition and related documents (the "Petition") on Respondents Corporación Venezolana del Petróleo, S.A. ("CVP") and Petróleos de Venezuela, S.A. ("PDVSA") by electronic mail and overnight courier or certified mail to PDVSA's lawyers and representatives.

Having reviewed Petitioner's motion and the accompanying materials, the motion is GRANTED and it is hereby ORDERED that:

1. Petitioner is authorized to serve Respondents by electronic mail to the following persons, at the following electronic mail addresses, and by Federal Express, signature required or by certified mail, return receipt requested, at the following physical addresses:

    a. Joseph D. Pizzurro, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178, jpizzurro@curtis.com;

    b. George Kahale III, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178, gkahale@curtis.com;

    c. Robin Lacey Muir, Hogan Lovells US LLP, 390 Madison Avenue, New York, New York 10017, robin.muir@hoganlovells.com;

    d. Dennis H. Tracey, III, Hogan Lovells US LLP, 390 Madison Avenue, New York, New York 10017, dennis.tracey@hoganlovells.com;

    e. James Robert Bliss, Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, jamesbliss@paulhastings.com;

f. James B. Worthington, Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, jamesworthington@paulhastings.com;

g. Kurt W. Hansson, Paul Hastings LLP, 200 Park Avenue, New York, New York 10166, kurthansson@paulhastings.com;

h. Luis Pacheco, Chairman of the *ad-hoc* Board of PDVSA, 2409 California Street, N.W., Washington, D.C. 20008, pachecola@gmail.com, pachecola@outlook.com; and

i. José Ignacio Hernández G., Special Attorney General of Venezuela, 2409 California Street, N.W., Washington, D.C. 20008, at jhernandez@us.embajadavenezuela.org.

2. Petitioner must serve a copy of this Order along with the Petition;

3. Delivery by the means described above will constitute service on and actual notice to Respondents; and

4. Respondents shall have 30 days after the filing of proof of such service with the Clerk of this Court to respond to the Petition.

SO ORDERED.

Dated: January 13, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE