UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
CONOCOPHILLIPS GULF OF PARIA B.V.,                :
                                        Petitioner,    :
                                                       :                    19 Civ. 7304 (LGS)
              -against-                                 :
                                                       :                         ORDER
CORPORACION VENEZOLANA DEL               :
PETROLEO, S.A., et al.,                                :
                                        Respondents.   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Respondents filed an opposition to the Petition to Confirm, Recognize and

Enforce Arbitration Award (the "Petition") on March 27, 2020 (Dkt. No. 40).  It is hereby

    ORDERED that Petitioner shall file any reply in support of the Petition by April 10, 2020.

Dated: March 30, 2020
       New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE