```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
CONOCOPHILLIPS GULF OF PARIA B.V.,                            :
                                   Petitioner,                :
                                                              :    19 Civ. 7304 (LGS)
                  -against-                                   :
                                                              :        ORDER
CORPORACION VENEZOLANA DEL                                    :
PETROLEO, S.A., et al.,                                       :
                                   Respondents.               :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 44, remanded the action to the arbitral tribunal ("Tribunal"), for clarification of Section V, paragraph 423.iii of the final, binding arbitration award issued in New York, New York on July 29, 2019, (the "Award"), with respect to whether the interest rate of "1% per annum" is simple or compound";

WHEREAS, the Order at Dkt. No. 44, denied as moot, pending clarification of the Award, Respondents' request to stay enforcement of any judgment confirming the Award; it is hereby

**ORDERED** that the parties shall file a joint status letter, not to exceed three (3) pages, on **October 5, 2020**, and every 45 days thereafter, to apprise the Court of the status of the Tribunal's clarification.

Dated: August 21, 2020
       New York, New York

                                        _____
                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE