UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CONOCOPHILLIPS GULF OF PARIA B.V., Petitioner, | : | 19 Civ. 7304 (LGS) |
| -against- | : | ORDER |
| CORPORACION VENEZOLANA DEL PETROLEO, S.A. et al., Respondents. | : | |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on August 5, 2019, Petitioner initiated this action to confirm an arbitral award granted in its favor against Respondents.

WHEREAS, on December 3, 2020, the Court entered judgment confirming the arbitral award, and the action was terminated.

WHEREAS, on September 1, 2026, Interested Party J.P. Morgan Chase Bank, N.A. ("JPMorgan") filed a Stipulation and (Proposed) Protective Order relating to a subpoena duces tecum Petitioner served on JPMorgan.

WHEREAS, the Stipulation and (Proposed) Protective Order was filed without any explanatory letter or request. It is hereby

**ORDERED** that, by **September 8, 2026**, Petitioner and JPMorgan shall file a joint letter advising how the Stipulation and (Proposed) Protective Order relates to this action and explaining why the Court should enter it.

Dated: September 3, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE