KOBRE & KIM

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM
TEL +1 212 488 1200

September 8, 2026

**BY ECF**
Hon. Lorna G. Schofield
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse, 40 Foley Square
New York, New York 10007

**Re:** ***ConocoPhillips Gulf of Paria B.V. v. Corporación Venezolana del Petróleo, S.A. et al. (*Case No. 1:19-cv-07304-LGS*)***

Dear Judge Schofield:

We write on behalf of ConocoPhillips Gulf of Paria B.V. ("ConocoPhillips" or the "Petitioner") together with Interested Party J.P. Morgan Chase Bank, N.A. ("JPMorgan") (collectively, the "Parties") in response to the Court's September 3, 2026 Order, D.I. 56, in the above captioned matter.

On December 3, 2020, this Court entered a judgment in favor of the Petitioner in the liquid amount of $48,008,707 with post-judgment interest accruing at the rate set forth in 28 U.S.C. § 1961 (the "Judgment"). Since then, Petitioner has been seeking to collect its judgment against Respondents Corporación Venezolana del Petróleo, S.A. and Petróleos de Venezuela, S.A. ("Respondents").

In furtherance of its efforts to collect on the Judgment, on January 20, 2026, Petitioner served JPMorgan with a Subpoena Duces Tecum ("the Subpoena"), ordering that JPMorgan produce documents pertaining to accounts held at its financial institution by Respondents or their affiliates.

On February 25, 2026, JPMorgan provided responses and objections to the Subpoena, which, in part, detailed confidentiality concerns pertaining to the requested documents. The Parties subsequently met and conferred regarding the Subpoena and JPMorgan's confidentiality concerns, and agreed upon a confidentiality agreement that was acceptable to both Parties. At JPMorgan's request the Parties agreed to enter into a Protective Order to govern the production of the requested documents, rather than a private confidentiality agreement.

This agreement is reflected in the Stipulation and (Proposed) Protective Order (the "Protective Order"), filed with the Court on September 1, 2026, D.I. 55. Therefore, the Parties jointly request that the court enter the Protective Order.

The Parties appreciate the Court's attention to this matter. Counsel are available at the Court's convenience if the Court has any questions or requires any additional information.

Sincerely,

S/ Marcus J. Green

Marcus J. Green
+1 212 488 1200
Marcus.Green@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022

*Attorneys for Petitioner*